No. 73–698. FRIENDS OF THE EARTH ET AL. *v.* STAMM, COMMISSIONER, BUREAU OF RECLAMATION, ET AL. C. A. 10th Cir. Motion of Sierra Club et al. for leave to file

---

a brief as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would grant certiorari. 